LUCRETIA A. F. BLACKWELL and others, appellants,

*v.*

RANDAL S. BLACKWELL and others, respondents.

*Mr. John T. Bird,* for appellants.

*Mr. R. T. Kuhl,* for respondents.

Kirchner *v.* Miller.  Whitenack *v.* Embury.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the ordinary in the case below, *2 Stew. 576.*